**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | |
|---|---|
| Antonio D. Parker ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:13cv927 (AJT/MSN) |
| ) | |
| ) | |
| Aimee Scott Loren, et al. ) | |
| ) | |
| Defendant. ) | |

## **JUDGMENT**

Pursuant to the order of this Court entered on 6/16/2015 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of Ryan Merrell and Dana Nielsen and against Antonio D. Parker.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
Richard Banke
Deputy Clerk

Dated: 6/18/2015
Alexandria, Virginia